**FILED**
Lucinda B. Rauback, Clerk
United States Bankruptcy Court
Savannah, Georgia
By pbryan at 1:58 pm, Apr 18, 2013

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

IN RE: )
)
ALEJANDRO SILVA )  Chapter 13 Case No. 12-41316-LWD
537 E. GORDON ST )
SAVANNAH, GA 31401 )
)
)
Debtor(s) )

### ORDER ON TRUSTEE'S MOTION TO INCREASE PAYMENTS OR IN THE ALTERNATIVE DISMISS

Upon having read and considered the Trustee's Motion to Increase Payments or in the alternative to dismiss,

IT IS HEREBY ORDERED:

That Debtor's plan payments be increased to $320.00 beginning MAY 2013.

Entered, this 17th day of April, 2013.

Honorable Lamar W. Davis, Jr.
Judge U.S. Bankruptcy Court
Southern District of Georgia

Prepared by:

O. Byron Meredith III
Chapter 13 Trustee
P.O. Box 10556
Savannah, Georgia 31412
(912)234-5052

Consented to by:

JOHN E. PYTTE

Debtor

Debtor